ELLA GRAY DI SCALA, Respondent, v. ISIDORE GAINSBURG, Appellant.— Order denying defendant's motion for examination before trial reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of providing for an examination of plaintiff as to the alleged accounts stated, set forth as defenses in the action. Examination to proceed on five days' notice. Since defendant has the burden of establishing these affirmative defenses, he is entitled to an examination as to them. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Scudder, J., dissents and votes to affirm. Settle order on notice.

SAM FREEMAN, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Defendant, and MAX SIMON, Appellant. (Appeal No. 1.) — The decision of this court handed down on January 17, 1930,* is hereby amended to read as follows: Judgment unanimously affirmed, costs payable as provided in *Freeman* v. *American Railway Express Company, No. 2 (post,* p. 718), decided herewith. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

SAM FREEMAN, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant, and MAX SIMON, Defendant. (Appeal No. 2.) — The decision of this court handed down on January 17, 1930,* is hereby amended to read as follows: Judgment and order unanimously affirmed, with one bill of costs in this case and in *Freeman* v. *American Railway Express Company, No. 1 (ante,* p. 718), decided herewith, one-half thereof to be paid by this appellant and the other half by the appellant in *Freeman* v. *American Railway Express Company, No. 1 (supra).* No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

ETHEL H. GRAY, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.